FILED'06 APR 20 16:22USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RECV'D 06 APR 19 16:13USDC-ORE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Case CR 05-60093-01-HO |
| | ) |
| vs. | ) GOVERNMENT'S MOTION |
| | ) FOR RULE 35 DOWNWARD |
| CALEB LEWIS CHEZ, | ) DEPARTURE |
| | ) |
| Defendant. | ) |

THIS MATTER having come before the Court on motion of the government for a reduction in the defendant's sentence pursuant to Federal Rules of Criminal Procedure, Rule 35, and the Court now being fully advised in the premises,

IT IS HEREBY ORDERED that defendant Caleb Lewis Chez' sentence be reduced four (4) offense levels from an offense level 19 to an offense level 15, thereby reducing his sentence from a 63 month term of imprisonment to a 41 month term of imprisonment.

DATED this 20th day of April, 2006.

_____
MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Presented by:

KARIN J. IMMERGUT
United States Attorney

By: _____
SEAN B. HOAR
Assistant United States Attorney
sean.hoar@usdoj.gov